Before State Industrial Board, Respondent. Ella M. Weston, Claimant, Respondent, v. Watertown Ice Company and Another, Appellants.—Award reversed and claim dismissed, with costs against the State Industrial Board. H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ., concur.

Frank T. Wood, Respondent, v. Woodlawn Improvement Association Transportation Corporation, Appellant.— Judgment and order reversed on the ground that the verdict is against the weight of the evidence, and new trial granted, with costs to the appellant to abide the event. Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and Hasbrouck, JJ., concur.

Before State Industrial Board, Respondent. Arthur Young, Claimant, Respondent, v. Joseph G. Dubin and Another, Appellants.—Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

---

## Fourth Department, September, 1923.

Winifred Montante, Appellant, v. International Railway Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Frank H. Klocke, Appellant, v: International Railway Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

James Stevens, Plaintiff, v. International Railway Company, Defendant. — Appeal dismissed, without costs, upon stipulation filed.

Michael Montante, Appellant, v. International Railway Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Max Rosen, Appellant, v. International Railway Company and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

Mary Ann Sabine, Appellant, v. Elizabeth Hughes and Others, as Executors, etc., of John Hughes, Deceased, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

John B. Cole, Appellant, v. William H. Dobbin and Another, Respondents. — Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Intermediate Judicial Settlement of the Accounts of William J. Collins and Others, as Executors, etc., of George H. Wilson, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Probate of the Last Will and Testament of Cora R. Byington, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

Margaret H. Olsen, Respondent, v. Switchmen's Union of North America, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Lena Weiss, Appellant, v. Adolph Weiss, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Charles M. Dean, as Administrator, etc., of Wendell F. Dean, Deceased, Respondent, v. Meyer Speiller and Others, Appellants.— Appeal discontinued, without costs, upon stipulation filed.

Thomas Delaney, Appellant, v. International Railway Company, Respondent.— Motion granted and appeal dismissed, with costs.